IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA, WESTERN DIVISION

In re: §
 §
Brian E. Wyatt, Sr., § Bankr. No. 15-71487-JHH13
 §
Debtor. §

**OBJECTION TO CLAIM #4**
**OBJECTION TO CLASSIFICATION OF CLAIM #4**
**NOTICE OF INTENT TO SURRENDER**

Comes now the Debtor, Brian E. Wyatt, Sr., by and through his Attorney of Record, Melinda Murphy Dionne, and objection to the classification of claim number 4 and files this Notice of Intent to Surrender all of his right title and interest in and to a Kirby Vacuum Cleaner in which United Consumer Financial Services (Claim number 4) holds a lien. In support thereof, the Debtor sets forth as follows:

1. The Debtor filed a voluntary petition under Chapter 13 of title 11 of the United States Code on September 22, 2015.

2. Consumer Financial Services filed claim number 4 on October 19, 2015.

3. At the time of the filing of the Chapter 13 case, the Kirby Vacuum Cleaner which served as collateral for the debt had ceased functioning. The item was disposed of by the Debtor shortly after it was purchased. The product was defective.

4. Claim number 4 should be treated as an UNSECURED claim.

**WHEREFORE, PREMISES CONSIDERED**, the Debtor respectfully requests that the Court enter an order sustaining the Debtor's objection and finding that the claim should be treated as an unsecured claim. The Debtor requests such further and different relief to which he may be entitled.

Submitted on January 5, 2016.

/s/ Melinda Murphy Dionne
Melinda Murphy Dionne
ASB-1979-I67M
9225 Old Greensboro Rd
Tuscaloosa, AL 35405
(205) 349-5911 Telephone
(205) 406-8067 Facsimile

## CERTIFICATE OF SERVICE

   I hereby certify that on January 5, 2016, I served a copy of the foregoing Motion on the individuals and/or entities listed below list by placing a copy of the same in the United States Mail, first class postage, prepaid, or by electronic mail, where available.

C. David Cottingham, Chapter 13 Trustee
via dcottingham@ch13tuscaloosa.com

Consumer Financial Services
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Suite 200
Tucson, AZ 85712

                  /s/ Melinda Murphy Dionne
                  Melinda Murphy Dionne